AO 104 (Rev. 11/13) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Tracking of
*(Identify the person, property, or object to be tracked)*

2006 Gray BMW X5, Ohio License Plate GIM8325, VIN: 5UXFA13596LY42717, Titled to Patricia Burke, 4460 Keeler Drive, Columbus, Ohio 43227

Case No. 2:22-mj-766

**FILED**
TIME _____
DEC 23 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

## TRACKING WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and  ☑ is located in this district;   ☐ is not now located in this district, but will be at execution;  ☐ the activity in this district relates to domestic or international terrorism;   ☐ other:

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☐ using the object       ☑ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: The driveway of 4460 Keeler Drive, Columbus, Ohio 43227

**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device by 12/15/2022 *(not to exceed ten days)* and may continue use for ___45___ days *(not to exceed 45)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☐ into the vehicle described above     ☑ onto the private property described above

☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* Chelsey M. Vascura and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☑ for ___30___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  12/5/2022 at 9:32am

*Chelsey M. Vascura* — Judge's signature
United States Magistrate Judge
Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

City and state:  Columbus, Ohio

AO 104 (Rev. 11/13) Tracking Warrant (Page 2)

Case No. 2:22-mj-766

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 12/05/2022 11:45 am

2. Dates and times tracking device maintained: N/A

3. Date and time tracking device removed: 12/20/2022 11:20 am

4. The tracking device was used from *(date and time)*: 12/05/2022 11:45 am

   to *(date and time)*: 12/20/2022 11:20 am .

### Return of Tracking Warrant Without Installation

1. Date warrant executed:

2. The tracking information was obtained from *(date and time)*:

   to *(date and time)*:

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 12/23/2022

*Executing officer's signature*

Justin Myers, Special Agent
Printed name and title