**ATTACHMENT A**

**Mag. Judge Vascura**
**AUSA Michael J. Hunter**

2:22-mj-00589-CMV-SW
2:22-mj-00608-CMV-SW
2:22-mj-00611-CMV-SW
2:22-mj-00628-CMV-SW
2:22-mj-00773-CMV-SW
2:22-mj-00783-CMV-SW
2:22-mj-00754-CMV-SW
2:22-mj-00766-CMV-TW
2:22-mj-00787-CMV-SW
2:22-mj-00788-CMV-SW

2:23-mj-00164-CMV-TW
2:23-mj-00356-CMV-SW